**No. 59081.**—Groma, Inc. *v.* United States, protest 172187–K (Boston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of zinc alloy slabs similar in all material respects to those the subject of Abstract 58106, the claim of the plaintiff was sustained.